Between MARY HILLYER, appellant, and JESSE F. SCHENCK, respondent.

This was an appeal *from the decree of the Ordinary.* See *ante,* page 398.

The court, at November term, 1862, made the following order in this case, without a division:

" It is ordered that this cause be dismissed from the files of this court, with costs, for want of jurisdiction by this court of the case."

Between WILLIAM R. KAIGHN, appellant, and MARIA M. FULLER, respondent.

[Decided at March Term, 1863.]

This case is reported in Chancery, in 1 *McCarter* 418.

The decree of the Chancellor was affirmed by the following vote (the court being equally divided):

*For affirmance*—Judges BROWN, COMBS, VREDENBURGH, WHELPLEY, WOOD—5.

*For reversal*—Judges CORNELISON, HAINES, OGDEN, FORT, SWAIN—5.

In this case Chief Justice WHELPLEY read an opinion for affirmance, and Judge OGDEN read an opinion for a reversal.

Between DAVID S. MANNERS, appellant, and PETER BENTLEY, respondent.

[Decided at March Term, 1863.]

Opinion, by Justice ELMER, for affirmance.

The decree of the Chancellor was affirmed unanimously.